**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In the Interest of R.N.W.

Appellate case number:    01-13-00036-CV

Trial court case number:  0037937

Trial court:              312th District Court of Harris County

      The notice of appeal was due in this appeal on January 2, 2013. The notice of appeal was filed on January 8, 2013, and on January 9, 2013, appellant timely filed a motion for extension of time to file the notice of appeal. *See* TEX. R. APP. P. 26.1, 26.3; *In re K.A.F.*, 160 S.W.3d 923, 927 (Tex. 2005). Accordingly, we grant appellant's motion and deem the notice of appeal timely filed.

      It is so ORDERED.

Judge's signature: /s/ Justice Rebeca Huddle
      ☑ Acting individually     ☐ Acting for the Court

Date: January 31, 2013